1  THOMAS BROWN (S.B. #182916) tbrown@omm.com
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center, 28th Floor
   San Francisco, CA  94111-3823
3  Telephone:     (415) 984-8700
   Facsimile:     (415) 984-8701
4
   Attorneys for Defendant
5  eBay Inc.

*IT IS SO ORDERED*
*[signature] Judge James Ware*

4/15/2011

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MAX GARON, PHIL LENTSCH, OFFICE DYNAMICS, AMY RICKEL, FRED RICKEL, BEN GUZ, on behalf of themselves and all others similarly situated and on behalf of the general public of the United States,, <br><br>            Plaintiffs, <br><br>     v. <br><br> eBay, Inc., <br><br>            Defendant. | Case No.  CV-10-5737-JW <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br> Date Filed:  December 15, 2010 |

STIP. EXTENDING TIME TO RESPOND TO
COMPLAINT CV-10-5737-HRL

1  Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate that Defendant eBay
2  Inc. shall have until April 28, 2011 to respond to the complaint filed by Plaintiffs Max Garon,
3  Phil Lentsch, Office Dynamics, Amy Rickel, Fred Rickel, and Ben Guz on December 15, 2010,
4  which was served on March 17, 2011.  The further stipulated extension is to allow the parties to
5  continue to discuss the case and is not made for purposes of improper delay.

6  The stipulated extension of time will not affect the date of any event or deadline already
7  fixed by Court order in the case.

8  Dated: April 4, 2011

   THOMAS P. BROWN
9  O'MELVENY & MYERS LLP

10

11  By:  */s/ Thomas P. Brown*
          Thomas P. Brown
12      Attorneys for Defendant
        eBay Inc.
13

14  Dated: April 4, 2011

    MARINA TRUBITSKY
15  MARINA TRUBITSKY & ASSOCIATES, PLLC

16

17  By:  */s/ Marina Trubitsky*
          Marina Trubitsky, Esq.
18      Attorneys for Plaintiffs
        Max Garon, Phil Lentsch, Office Dynamics,
19      Amy Rickel, Fred Rickel, and Ben Guz

20 Filer's Attestation:  In compliance with General Order 45(X)(B), I hereby attest that concurrence
21 in the filing of this Stipulation has been obtained from Marina Trubitsky, Esq.

22
23  Dated: April 4, 2011    O'MELVENY & MYERS LLP

24

25  By:  */s/ Thomas P. Brown*
          Thomas P. Brown
26      Attorneys for Defendant
        eBay Inc.
27

28

- 2 -   STIP. EXTENDING TIME TO RESPOND TO COMPLAINT CV-10-5737-HRL