1  MARINA TRUBITSKY
   (marina.trubitsky@lawcontact.com)
2  11 Broadway, Suite 861
   New York, New York 10004
3  Telephone: (212) 732-7707
   Facsimile: (212)732-7707
4  Lead Counsel for Plaintiffs

5  Joseph Wood, Esq.
   Hennefer Finley & Wood LLP
6  425 California St Ste 1900
   San Francisco, CA 94104
7  Tel.: (415) 296-0111
   California SBN 103596
8



IT IS SO ORDERED

Judge James Ware

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  MAX GARON, PHIL LENTSCH, OFFICE          Case No. CV-10-5737-JW
    DYNAMICS, AMY RICKEL, FRED
14  RICKEL, BEN GUZ, JONATHAN PAIS,          **STIPULATED REQUEST TO EXTEND
    ERIC GIESEKE, JASON ADAMS,               TIME**
15  LIQUIDATION SPORTS INC., LABB
    SURPLUS, STEVEN SHELLHORN,               Date Filed:  July 22, 2011
16  DAN GOODWILL, NATE DEMONT on
    behalf of themselves and all other similarly
17  situated and on behalf of the general public
    of the United States,,
18
                   Plaintiffs,
19
       v.
21
                   Defendant.
22

23

24

25

26

27

28

                                                         STIP. REQUEST TO EXTEND TIME
                                                                    CV-10-5737-JW

1  Pursuant to Civil Local Rule 6-1(a), the parties to this action file this stipulated request for
2  an order extending the time for Plaintiffs to file opposition papers from July 26, 2001 to August
3  26, 2011.
4  The parties further request that Defendant eBay Inc. shall have until September 9, 2011 to
5  serve reply papers.
6  The stipulated extension of time will not affect the date of any event or deadline already
7  fixed by Court order in the case.
8  Dated: July 22, 2011

THOMAS P. BROWN
O'MELVENY & MYERS LLP

By: _____/s/_____
Thomas P. Brown, Esq.
Attorneys for Defendant
eBay Inc.

Dated: July 22, 2011

MARINA TRUBITSKY
MARINA TRUBITSKY & ASSOCIATES, PLLC

By: _____/s/_____
Marina Trubitsky, Esq.
Attorneys for Plaintiffs
Max Garon, Phil Lentsch, Office Depot, Fred Ricker, Don Guz, Jonathan Pais, Eric Gieseke, Jason Adams, Liquidation Sports Inc., Labb Surplus, Steven Shellhorn, Dan Goodwill, Nate Demont

Filer's Attestation: In compliance with General Order 45(X)(B), I hereby attest that concurrence in the filing of this Stipulation has been obtained from Thomas P. Brown, Esq..

1
2   IT IS SO ORDERED.
3     Dated: July 27, 2011
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

_____
HON. JAMES WARE
United States District Chief Judge

- 3 -

STIP. REQUEST TO EXTEND TIME
CV-10-5737-JW