IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Max Garon, et al., | NO. C 10-05737 JW |
|         Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| eBay, Inc., | |
|         Defendant. | |

This case is scheduled for a Case Management Conference on August 29, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 34.) On July 12, 2011, Defendant filed a Motion to Dismiss set for hearing on October 17, 2011. (See Docket Item No. 29.) In light of the pending Motion to Dismiss, the Court finds good cause to vacate the conference at this time.

Accordingly, the Court VACATES the Case Management Conference. The Court will set a new Case Management Conference in its Order addressing the pending Motion to Dismiss.

Dated: August 23, 2011

                                                  JAMES WARE
                                                  United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marina Trubitsky marina.trubitsky@lawcontact.com
Thomas Patrick Brown tbrown@omm.com

**Dated:  August 23, 2011**                                         **Richard W. Wieking, Clerk**

                                                     **By:  /s/ JW Chambers**
                                                          **Susan Imbriani**
                                                          **Courtroom Deputy**